# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-24-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| JAYSON GAYO, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 24) and brief in support. Defendant Jayson Gayo appeared before the Court on August 5, 2022, and he entered a plea of guilty to Count I of the Indictment. Gayo's counsel does not object to the preliminary order of forfeiture. Gayo's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1).

IT IS ORDERED:

THAT Gayo's interest in the following property as existed at the date of the crimes charged is forfeited to the United States in accordance with 18 U.S.C. §§ 981, 2428 and 2253(a)(1):

1

- Samsung Galaxy S7 Edge cellular telephone, model number SM-G935F;
- Samsung Galaxy J6 Plus cellular telephone, model number SM-J610G;
- Samsung Galaxy Note10+ cellular telephone, model number SM-N9750;
- Seagate Portable hard drive, serial number NAAHJWDT;
- Seagate Expansion Portable hard drive, model number SRDONF1;
- Seagate Backup Plus Portable external hard drive, model number SRDOOF1;
- CD-R USB Flash drive; and
- Samsung USB flash drive.

THAT the United States Marshals Service and the Department of Homeland Security are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described personal property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1), and to make its return to this Court that such action has been completed; and

THAT the Court hereby enters a Preliminary Order of Forfeiture as to Defendant's interest in the listed property, with an ancillary proceeding to be set after sentencing for any unresolved claims to the property.

DATED this 9th day of August, 2022.

SUSAN P. WATTERS
United States District Court Judge