IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-24-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| JAYSON GAYO, | |
| Defendant. | |

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 28). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1);

2. A Preliminary Order of Forfeiture was entered on August 9, 2022 (Doc. 26);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981, 2428 and 2253(a)(1);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Unopposed Motion for Final Order of Forfeiture (Doc. 28) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 2428 and 2253(a)(1), free from the claims of any other party:

- Samsung Galaxy S7 Edge cellular telephone, model number SM-G935F;
- Samsung Galaxy J6 Plus cellular telephone, model number SM-J610G;
- Samsung Galaxy Note10+ cellular telephone, model number SM-N9750;
- Seagate Portable hard drive, serial number NAAHJWDT;
- Seagate Expansion Portable hard drive, model number SRDONF1;
- Seagate Backup Plus Portable external hard drive, model number SRDOOF1;
- CD-R USB Flash drive; and
- Samsung USB flash drive.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 31st day of October, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge